1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFRIN DANEXIS RODRIGUEZ TREJO,<br><br>Defendant. | Case No. CR22-29RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

This matter comes before the Court on defendant's "Agreed Motion to Continue Trial." (Dkt. # 37).  Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver (Dkt. # 38), the Court finds as follows:

1.      The Court adopts the facts set forth in the unopposed motion: in particular, this case involves significant collateral consequences for defendant, and defense counsel are continuing to work on finding a solution to this collateral issue in compliance with their constitutional duty to provide effective assistance of counsel.  The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.      The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 1

3.      The Court finds that the additional time requested between the current trial date of April 17, 2023, and the proposed trial date of September 25, 2023, is a reasonable period of delay.  The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, as defendant has requested more time to prepare for trial, to continue to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.  The additional time requested between the current trial date and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

4.      The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.      Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including September 25, 2023, Dkt. # 38, which will permit his trial to start on the same date.

IT IS HEREBY ORDERED that the trial date shall be continued from April 17, 2023 to September 25, 2023, and pretrial motions are to be filed no later than August 21, 2023;

IT IS FURTHER ORDERED that the period of time from the current trial date of April 17, 2023, up to and including the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.  The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 6th day of April, 2023.


Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL - 2